UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. 4:02CR339 |
| | ) | |
| PLAINTIFF, | ) | JUDGE SARA LIOI |
| | ) | |
| vs. | ) | |
| | ) | ORDER |
| SONYA E. CONNORS, | ) | |
| | ) | |
| DEFENDANT. | ) | |

This matter is before the Court upon the motion (Doc. No. 29) of the United States of American ("plaintiff") for the following:

(1) To dismiss, without prejudice, the garnishment proceedings filed against Sonya E. Connors ("defendant");

(2) To order that the monies (in the amounts of $163.84, $90.62, and $148.20, respectively) that the garnishee, Mercy Health Youngstown, has already withheld from three of the defendant's paychecks be paid to the Clerk of Court and applied toward the debt of the defendant in the within case.

In a Report and Recommendation (Doc. No. 28) submitted by Magistrate Judge George J. Limbert (to which no objections were made), the Magistrate Judge recommended that the Court find that none of the exemptions claimed by the defendant are applicable and they do not preclude the garnishment. The Magistrate Judge also recommended that the Court accept the parties' agreement that plaintiff will dismiss the garnishment against the defendant in exchange for the defendant's agreement to pay $80.00 per month, beginning

June 1, 2016, until her remaining debt is paid in full. Additionally, the parties' agreement contemplates that the monies previously garnished (as identified above) should be paid to the Clerk of Court and applied toward the defendant's debt.

Upon review, the Court accepts the Report and Recommendation and grants the plaintiff's motion. (Doc. No. 29.) The garnishment is dismissed, without prejudice. The monies previously garnished by Mercy Health Youngstown from three of plaintiff's paychecks (in the amounts of $163.84, $90.62, and $148.20, respectively) shall be paid to the Clerk of Court and applied toward the debt of the defendant in the within case.

**IT IS SO ORDERED**.

Dated: April 5, 2016

                                                **HONORABLE SARA LIOI**
                                                **UNITED STATES DISTRICT JUDGE**